IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALMIR BEGANOVIC, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **FEDERAL EXPRESS CORPORATION**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 24-2853-KSM** |

## ORDER

**AND NOW**, this 22nd day of October, 2024, upon consideration of Plaintiffs' Motion for Remand (Doc. No. 10) and Defendant's opposition brief (Doc. No.11), it is **ORDERED** as follows:

1. Plaintiffs' Motion for Remand is **GRANTED**.

2. This action is **REMANDED** to the Court of Common Pleas of Philadelphia County.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.